UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the **May 14, 2005**
**WRIGHT/TRINIDAD** Program,

                        Plaintiff,

-against-

JACINTO GONZAGA, Individually and as officer, director, shareholder and/or principal of AMERICAN BAR CAFÉ CORP. d/b/a POLBANO BAR CAFÉ a/k/a POBLANO BAR & CAFÉ, and AMERICAN BAR CAFÉ CORP. d/b/a POLBANO BAR CAFÉ a/k/a POBLANO BAR & CAFÉ,

                        Defendants.
-------------------------------------------------------------

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. CV-06-2515
Hon. Allyne R. Ross

PLEASE TAKE NOTICE THAT Plaintiff KINGVISION PAY-PER-VIEW, LTD., (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed September 13, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 4, 2006
Ellenville, New York

KINGVISION PAY-PER-VIEW LTD.

By: /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN , ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 05-3-E28*

SO ORDERED this 10th day of Aug, 2006

HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Thomas Monaghan, Esq.
609 Cross Bay Blvd
Broad Channel, NY 11693

*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 4th day of August, 2006.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN